1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LOUGH,<br><br>             Plaintiff,<br><br>      v.<br><br>WASHINGTON STATE DEPARTMENT<br>OF SOCIAL AND HEALTH SERVICES,<br>et al.,<br><br>             Defendants. | CASE NO. 20-CV-05894-LK<br><br>ORDER APPOINTING COUNSEL |

The Court hereby appoints Harry Williams of the Law Office of Harry Williams LLC, PO Box 22438, Seattle, Washington 98122 (harry@harrywilliamslaw.com) as counsel for Plaintiff Robert Lough pursuant to the Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order No. 16-20.

Counsel is directed to file a Notice of Appearance within seven (7) calendar days of entry of this Order. If counsel is unable for any reason set forth in the Plan to assume this representation, a motion for relief from appointment should be immediately filed with the Court. Should Mr.

ORDER APPOINTING COUNSEL - 1

Lough prevail in this action, counsel may move for an award of attorney fees under any applicable authority. The Court, however, is unable to assure counsel of compensation from any other source.

The Court will issue a separate order regarding mediation once Mr. Williams files a Notice of Appearance. The Clerk is directed to send copies of this Order to Mr. Lough and appointed counsel.

Dated this 21st day of December, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER APPOINTING COUNSEL - 2