UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LOUGH,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>        Defendants. | CASE NO. 3:20-CV-05894-LK<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION |

   This matter comes before the Court following appointment of pro bono counsel for Mr. Lough. *See* Dkt. Nos. 128–29. For the reasons discussed in its November 20, 2023 Order, the Court refers this case to United States Magistrate Judge Theresa L. Fricke for mediation in accordance with Local Civil Rule 39.1(c). Dkt. No. 125 at 4. Judge Fricke will issue an order in due course setting the date for mediation and providing any other instructions she deems necessary.

//

//

//

ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION - 1

1   This referral shall expire upon the conclusion of mediation.

2   Dated this 29th day of December, 2023.

	*Lauren King*
	Lauren King
	United States District Judge

ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION - 2