UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LOUGH, | CASE NO. 3:20-CV-05894-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al., | |
| Defendants. | |

This matter comes before the Court on the parties' stipulation for dismissal with prejudice. Dkt. No. 139. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice, with the parties bearing their own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 10th day of April, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1